CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYNALDO C. MARTINEZ,<br><br>Defendant. | Case No. 2:92-CR-0233-PMP-LRL<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |

On September 30, 2000, a federal grand jury returned an Indictment charging Defendant MARTINEZ with violations of 21 U.S.C. §§ 846, 841(a)(1) a – Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, Distribution of a controlled substance. [ECF 1]. An arrest warrant was issued On December 1, 1992. [ECF 60]. The defendant has never appeared before this court and remains a fugitive.

/ / /

/ / /

/ / /

Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Dated this 15th day of February 2022.         Respectfully submitted,

                                     CHRISTOPHER CHIOU
                                     Acting United States Attorney

                                     */s/ Susan Cushman*
                                     SUSAN CUSHMAN
                                     Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REYNALDO C. MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:92-CR-0233-PMP-LRL<br><br>**Order Granting<br>Motion to Dismiss the Indictment<br>Without Prejudice and Quash Arrest<br>Warrant** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant REYNALDO C. MARTINEZ.

　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Susan Cushman*
　　　　　　　　　　　　　　　　　　SUSAN CUSHMAN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __16th__ day of __February__, 2022.

_____
UNITED STATES DISTRICT JUDGE